IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHELLE DENISE HOWARD                                          PLAINTIFF

v.                          Civil No. 4:19-cv-04011

PAM CHERRY, *et al*                                             DEFENDANTS

## **ORDER**

Before this Court is Plaintiff's Motion for Service. ECF No. 8. The Court previously granted Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*. ECF No. 7. The Court now **GRANTS** Plaintiff's Motion for Service.

This Court directs the U.S. Marshal to serve a copy of the Complaint filed on January 30, 2019 (ECF No. 2), and a copy of this order on the Defendants by serving:

Pam Cherry
Department of Human Services
3809 Airport Plaza Dr.
Texarkana, AR 71854

Pam Fisk
Department of Human Services
901 N. Stateline
Texarkana, TX 75501

without prepayment of fees and costs or security thereof. Defendants are ordered to answer within twenty-one (21) days from the date of service.

The Clerk is directed to prepare and issue a summons and an USM 285.

**IT IS SO ORDERED this 26th day of February 2019.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE